# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Deborah T.[1];<br><br>　　　　Plaintiff;<br><br>　vs.<br><br>Andrew Saul, Commissioner of Social Security;<br><br>　　　　Defendant. | Case No.: 5:19-cv-01864-PD<br><br>**ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND COSTS, PURSUANT TO 28 U.S.C. § 2412(d), 28 U.S.C. § 1920.** |

TO ALL PARTIES AND ATTORNEYS OF RECORD:

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Costs / Expenses, IT IS ORDERED that fees in the amount of $4,100.00 as authorized by 28 U.S.C. § 2412 and costs of $400.00 (28 U.S.C. § 1920) are awarded subject to the terms of the Stipulation.

Dated: _May 17, 2021__
_____

_Patricia Donahue_

HONORABLE PATRICIA DONAHUE
United States Magistrate Judge

---

[1] Partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.